IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAHI AMADI HASANATI,

    Plaintiff,

v.                                CASE NO. 4:15cv229-RH/CAS

ATTORNEY GENERAL OF THE
STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the plaintiff's "notice of conditional acceptance," ECF No. 6, which I treat as objections to the report and recommendation. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury. The objections do not—and could not reasonably—deny this. The plaintiff therefore cannot proceed in forma pauperis; he must pay the filing fee. His offer to give security for costs will not do; a

plaintiff who cannot proceed in forma pauperis must pay the filing fee. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on June 16, 2015.

                              s/Robert L. Hinkle
                              United States District Judge